IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KATIE GRAY                                                                       PLAINTIFF

V.                                     CIVIL ACTION NO. 1:17-CV-194-SA-DAS

WAL-MART STORES EAST, LP                            DEFENDANT

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Katie Gray, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendant Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the 12th day of June, 2020.

                                                             /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

| | |
|---|---|
| *s/ Thomas M. Louis* | *s/ Michael Crawley Steele* |
| Thomas M. Louis (MSB No. 8484) | Michael Crawley Steele (MSB No. 100163) |
| Dorissa S. Smith (MSB No. 104541) | Michael Crawley Steele, PLLC |
| Wells Marble & Hurst, PLLC | P. O. Box 1695 |
| P. O. Box 131 | Kosciusko, MS 39090 |
| Jackson, MS 39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |

-1-